UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| LIBERTY MUT. FIRE INS. CO., | ) | |
| | ) | |
| Plaintiff, | ) | 5:19-CV-101-REW-MAS |
| | ) | Related cases: |
| v. | ) | 5:19-CV-116-REW |
| | ) | 5:19-CV-124-REW |
| SELLERS MFG. CO., | ) | |
| as successor in interest to Green Boiler | ) | ORDER |
| Technologies, Inc., | ) | |
| | | |
| Defendant. | | |

*** *** *** ***

The parties in this case—as well as in related cases 5:19-CV-124-REW, *Erie Ins. Exch. v. Sellers Mfg. Co.*, and 5:19-CV-116-REW, *The Cincinnati Ins. Co. v. Sellers Mfg. Co.*—seek consolidation. DE 25; 5:19-CV-124-REW, ECF No. 17; 5:19-CV-116-REW, ECF No. 20. On referral, Judge Matthew A. Stinnett held a status conference with all parties in all three cases on June 26, 2019, DE 24 (Minutes), and entered a Report & Recommendation regarding consolidation and the case schedule. DE 26. Given the agreed resolution and Judge Stinnett's careful analysis, the Court elects to adopt the recommendation, in full and at once.

Accordingly, the Court **ORDERS** as follows:

1. The Court **ADOPTS** DE 26, thus **GRANTING** the pending consolidation motions. DE 25; 5:19-CV-124-REW, ECF No. 17; 5:19-CV-116-REW, ECF No. 20.

2. The Court, pursuant to Fed. R. Civ. P. 42(a)(2), **CONSOLIDATES** 5:19-CV-124-REW, *Erie Ins. Exch. v. Sellers Mfg. Co.*, and 5:19-CV-116-REW, *The Cincinnati Ins. Co. v. Sellers Mfg. Co*. with this case.

3. The Clerk **SHALL** enter this Order in each case; this case shall be the primary case style going forward.

4. The schedule and mechanics set forth in DE 26 govern.

5. The Court will set a trial date and additional pretrial filing deadlines after it assesses (and potentially after it resolves) dispositive motions and related filings.

This the 18th day of July, 2019.

Signed By:
*Robert E. Wier* REW
United States District Judge